UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 18-cr-10086-IT |
| ) | |
| MANUEL ALEJANDRO ) | |
| GUZMAN SOTO, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO SEAL

The government hereby respectfully moves the Court to seal the defendant Manuel Alejandro Guzman Soto's medical records filed pursuant to the Court's April 16, 2020 Order. [Docket# 47.] As grounds for this motion, the government states that these records contain sensitive information regarding the defendant's medical history, public disclosure of which would be inappropriate.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: April 20, 2020         By:   */s/ Nicholas Soivilien*
                                    Nicholas Soivilien
                                    Assistant U.S. Attorney

The above motion is allowed on this  20th day of April, 2020

/s/Indira Talwani
HONORABLE INDIRA TALWANI
United State District Court Judge
District of Massachusetts